En el Tribunal Supremo de Puerto Rico

| In re:                                    | Petición de Reinstalación al Ejercicio de la Abogacía |
|-------------------------------------------|-------------------------------------------------------|
| Frank Angel Dalmau Gómez<br>    Peticionario | 99 TSPR 90                                         |

Número del Caso: TS-3731

Oficina del Procurador General:   Hon. Carlos Lugo Fiol,
Procurador General
Lcda. Cynthia Iglesias Quiñones,
Procuradora General Auxiliar

Abogados de la Parte Peticionaria: Lcdo. Harry Anduze Montaño
Lcdo. Harold D. Vicente
Lcdo. Roberto Buso Aboy
Lcdo. Manuel González Gierbolini

Fecha: 6/11/1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Frank Angel Dalmau Gómez

                          TS-3731      Reinstalación

RESOLUCIÓN

San Juan, Puerto Rico a 11 de junio de 1999

       Examinada la solicitud de reinstalación del Lcdo. Frank Angel Dalmau Gómez, y el Informe de la Comisión de Reputación al respecto, se ordena la reinstalación del Lcdo. Frank Angel Dalmau Gómez al ejercicio de la profesión de abogado a partir del día de hoy, previo el cumplimiento de los trámites necesarios para ello.

       Esta resolución se publicará.

       Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Juez Negrón García no interviene. La Juez Asociada señora Naveira de Rodón disiente sin opinión escrita.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo